UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV 16-5369-DSF (PLAx) |
|---|---|
| Plaintiff, | |
| v. | **ORDER LIFTING STAY FOR THE LIMITED PURPOSE OF FILING STIPULATION FOR ORDER AUTHORIZING INTERLOCUTORY SALE** |
| ALL BUSINESS ASSETS OF THE VICEROY L'ERMITAGE BEVERLY HILLS, INCLUDING ALL CHATTELS AND INTANGIBLE ASSETS, | |
| Defendant. | |

Plaintiff United States of America and VHG Beverly Hills LLC ("VHG Beverly Hills") have made a stipulated request for an order lifting the stay of this civil forfeiture action and restoring the case to the Court's active calendar.

//

//

//

Good cause appearing therefor, the stipulation is GRANTED.  IT IS HEREBY ORDERED that the stay of this action is lifted and this case is restored to the Court's active calendar for the limited purpose of allowing the government to file pleadings related to the stipulated interlocutory sale of the defendant res and also related to the resolution of this action.

IT IS SO ORDERED.

DATED:  April 22, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

Presented by:

DEBORAH CONNOR
Chief, MLARS

NICOLA T. HANNA
United States Attorney


 /s/ Michael R. Sew Hoy
_____
JOHN J. KUCERA
MICHAEL R. SEW HOY
Assistant United States Attorneys
WOO S. LEE
Deputy Chief, MLARS

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2